GERALD L. MIKESELL, ESQ., NV Bar #3771
Corporate Counsel
National Security Technologies, LLC
P.O. Box 98521, M/S NSF 019
Las Vegas, NV 89193-8521
Telephone:  702.295.2228
Facsimile:    702. 295-3222
E-mail: mikesegl@nv.doe.gov

Attorneys for Defendant:
National Security Technologies, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUDWIN WHITMORE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, DOES I through V, and ROE CORPORATIONS I through V,<br><br>　　　　　Defendants. | Case No.   2:10-cv-00938-LRH-PAL<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

　　　National Security Technologies, LLC, the only defendant served in the above captioned civil action, and Audwin Whitmore have reached a settlement of all causes of action, and claims contained in the above captioned civil action, and therefore, hereby stipulate that the court enter an order dismissing the above captioned civil action with prejudice and without costs or attorney's fees being awarded to any party.

_____/s/_____　　　　　　　　　　　　　　_____/s/_____
Althea Kilkey　　　　　　　　　　　　　　Gerald L. Mikesell
Attorney for Plaintiff　　　　　　　　　　　Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED:

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

DATED: January 21, 2011

Gerald L. Mikesell
Corporate Counsel
National Security Technologies, LLC
P.O. Box 98521, M/S NSF
North Las Vegas, NV89193-8521

2